## Tolleson *v.* The State.

*Lumpkin, J.*—The requests to charge, so far as legal and pertinent, were substantially covered by the charge given, which, as a whole, fairly submitted the issues involved; the evidence warranted the verdict; the newly discovered evidence, even if there had been proper diligence to obtain it at the trial, would not probably have changed the result; and there was no error in denying a new trial.          *Judgment affirmed.*

October 21, 1895.

Accusation of carrying concealed weapon. Before Judge Westmoreland. Criminal court of Atlanta. August term, 1895.

*Arnold & Arnold,* for plaintiff in error.

*Lewis W. Thomas, solicitor,* contra.

## Smith *v.* The State.

*Atkinson, J.*—It appearing from the showing for a continuance that no subpœnas were served upon the absent witnesses, and it not even affirmatively appearing that any subpœnas for them were ever issued, there was no abuse of discretion in overruling the motion to continue. The verdict was fully sustained by the evidence, and no cause for a new trial appears.

October 21, 1895.          *Judgment affirmed.*

Accusation of gaming. Before Judge Westmoreland. Criminal court of Atlanta. August term, 1895.

*Walter M. Davis,* for plaintiff in error.

*Lewis W. Thomas, solicitor,* contra.